**Mary REDUS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 42442.**

Court of Criminal Appeals of Texas.

Dec. 10, 1969.

C. C. Divine, Houston, for appellant.

Carol S. Vance, Dist. Atty., and Phyllis Bell and Robert Hinton, Asst. Dist. Attys., Houston, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

MORRISON, Judge.

The offense is operating an "open saloon;" the punishment, three (3) days in jail.

This is a companion case to Alexander v. State, Tex.Cr.App., 450 S.W.2d 845 decided this day.

The facts and the grounds of error presented for review are the same as in the Alexander case, supra. Our disposition of this case is the same as in Alexander.

The judgment is affirmed.